Certificate Number: 17572-TXE-DE-035774123

Bankruptcy Case Number: 16-41107



17572-TXE-DE-035774123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2021, at 3:22 o'clock PM PDT, Cindy DeLoach completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date:    June 21, 2021          By:    /s/Leigh-Anna M Thompson

                                Name:  Leigh-Anna M Thompson

                                Title: Counselor